# Court of Appeals
# of the State of Georgia

ATLANTA,   August 30, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2375.  BETSY FULTON v. FLAGSTAR BANK, et al.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Betsy Fulton appealed the magistrate court's decision to the superior court.  The superior court issued a writ of possession in favor of the plaintiff, and Fulton appealed the superior court's ruling directly to this Court.

We lack jurisdiction.  Because the order at issue disposes of a de novo appeal from a magistrate court decision, Fulton was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/30/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*